THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

_____ :
                               : Case No. _____
_____ : Judge: _____
          v.                   : Corporate Disclosure Statement
                               :
_____ :
                               :

  Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

  In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:
_____.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

  ___ YES  ___ NO

  If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
_____
_____

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

  ___ YES  ___ NO

  If the answer is YES, list the identity of such corporation and the nature of the financial interest.
_____
_____
_____

_____    _____
Signature of Counsel               Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was sent via email on this 2nd day of October, 2018, to the following:

Brad Owens, Esq.
General Counsel
Zillow, Inc.
1301 Second Avenue, Floor 31
Seattle, WA 98101
brado@zillowgroup.com

Ronald L. Berenstain
Sean C. Knowles
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RBerenstain@perkinscoie.com
SKnowles@perkinscoie.com
*Attorneys for Zillow, Inc.*

/s/ Russell S. Sayre