AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio ▼

| | | |
|---|---|---|
| London Computer Systems, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-696 |
| Zillow, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Zillow, Inc.

Date: 10/04/2018

*Attorney's signature*

Thomas F. Hankinson
*Printed name and bar number*
Keating Muething & Klekamp, PLL
1 E. 4th St., Suite 1400
Cincinnati, OH 45208

*Address*

thankinson@kmklaw.com
*E-mail address*

(513) 579-6503
*Telephone number*

(513) 579-6457
*FAX number*

## CERTIFICATE OF SERVICE

I certify that on October 4, 2018, I electronically filed the foregoing document using the Court's CM/ECF system. Electronic notification will be sent to all attorneys of record by operation of the Court's electronic filing system.

/s/ Thomas F. Hankinson

7448820.1