UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LONDON COMPUTER SYSTEMS, INC., | Case No. 1:18-cv-696 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| ZILLOW, INC., | |
| Defendant. | |

ORDER GRANTING MOTION FOR
ADMISSION *PRO HAC VICE* (Doc. 9)

Before the Court is the Motion for Admission *Pro Hac Vice* of William C. Rava. (Doc. 9). Mr. Rava is an attorney in good standing and consents to the jurisdiction and rules of this district governing professional conduct. Having satisfied the requirements of S.D. Ohio Civ. R. 83.3 for admission, his Motion for Admission to represent Defendant Zillow, Inc. in this matter is **GRANTED**, and he is admitted to practice as **co-counsel** on behalf of Defendant.

**IT IS SO ORDERED.**

Date: 10/16/18

Timothy S. Black
United States District Judge