IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, CINCINNATI

| | |
|---|---|
| **LONDON COMPUTER SYSTEMS, INC.**, | : Case No. 1:18-cv-00696 |
| Plaintiff, | : |
| vs. | : Judge Timothy S. Black |
| **ZILLOW, INC.** | : |
| Defendant. | : |

### NOTICE OF APPEARANCE

Comes now the undersigned, Brian P. Muething and enters his appearance as counsel of record for the Defendant ZILLOW, INC.

Respectfully submitted,

By: /s/ *Brian P. Muething*
Brian P. Muething (0076315)
Thomas F. Hankinson (0088367)
Stephanie M. Scott (0096997)
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite No. 1400
Cincinnati, Ohio 45202
Email: bmuething@kmklaw.com
thankinson@kmklaw.com
sscott@kmklaw.com
Tel: (513) 579-6400
Fax: (513) 579-6457

William C. Rava (admitted pro hac vice)
PERKINS COIE LLP
1201 Third Avenue, Suite No. 4900
Seattle, Washington 98101-3099
Email: wrava@perkinscoie.com
Tel: (206) 359-8000

Fax:  (206) 359-9000

Jeremy L. Buxbaum (admitted pro hac vice)
PERKINS COIE LLP
131 South Dearborn Street, Suite No. 1700
Chicago, Illinois 60603-5559
Email:  jbuxbaum@perkinscoie.com
Tel:  (312) 324-8400
Fax:  (312) 324-9400

***ATTORNEYS FOR DEFENDANT ZILLOW, INC.***

## CERTIFICATE OF SERVICE

I certify that on January 23, 2019, I electronically filed the foregoing document using the Court's CM/ECF system.  Electronic notification will be sent to all attorneys of record by operation of the Court's electronic filing system.

                                                    */s/ Brian P. Muething*

8950852.1