**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| LONDON COMPUTER SYSTEMS, INC., | : | Case No. 1:18-cv-00696 |
| Plaintiff, | : | Judge Timothy S. Black |
| v. | : | **NOTICE OF APPEARANCE** |
| ZILLOW, INC., | : | |
| Defendant. | : | |

Attorney Andrew A. Spievack of Taft Stettinius & Hollister LLP hereby gives notice of his appearance as co-counsel for Plaintiff London Computer Systems, Inc.

        Respectfully submitted,

        */s/ Andrew A. Spievack*
        Russell S. Sayre (0047125)
        Beth A. Bryan (0082076)
        Andrew A. Spievack (0098234)
        TAFT STETTINIUS & HOLLISTER LLP
        425 Walnut Street, Suite 1800
        Cincinnati, OH 45202-3957
        sayre@taftlaw.com
        bryan@taftlaw.com
        aspievack@taftlaw.com
        Phone: (513) 357-9304
        Fax: (513) 381-0205

        Leon D. Bass (0069901)
        65 E. State Street, Suite 1000
        Columbus, OH 43215
        lbass@taftlaw.com
        Phone: (614) 431-2277
        Fax: (614) 221-2007

        *Attorneys for Plaintiff London Computer Systems, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the parties on this 3rd day of September, 2019.

*/s/ Andrew A. Spievack*